Dismissed and Memorandum Opinion filed December 4, 2008








Dismissed
and Memorandum Opinion filed December 4, 2008.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-08-00504-CV

____________

 

IN THE MATTER OF
S.J.C.

 



 

On Appeal from
County Court at Law No. 2 & Probate Court

Brazoria County,
Texas

Trial Court Cause
No. JV14436

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed May 8, 2008.  On November 12, 2008, appellant
filed a motion to dismiss the appeal.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

 

PER
CURIAM

 

Judgment rendered and Memorandum Opinion filed
December 4, 2008.

Panel consists of Chief Justice Hedges, Justices Anderson, and Frost.